# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VINCE VALENTINO, Individually** | ) | |
| **and on behalf of all others similarly** | ) | |
| **situated,** | ) | |
| | ) | **8:13CV22** |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | **ORDER** |
| **KPMG LLP, DARREN M.** | ) | |
| **BENNETT, and JOHN J. AESOPH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Motion of the Valentino Group for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Section of Counsel (filing 19).  No responses or objections have been filed.

Upon consideration and after review of the record in this matter,

**IT IS ORDERED:**

1.    The Motion of the Valentino Group for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Section of Counsel (filing 19) is granted.

2.    The Valentino Group and each of its members shall serve as Lead Plaintiff in this action.

3.    The Valentino Group's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation is affirmed.

4.     The parties shall govern themselves in accordance with the previously approved stipulation (filings 9 & 10).

**DATED April 17, 2013.**

                        **BY THE COURT:**

                        **S/ F.A. Gossett**
                        **United States Magistrate Judge**