**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| VINCE VALENTINO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>KPMG LLP, JOHN J. AESOPH, AND DARREN M. BENNETT;<br><br>Defendants. | ) | Case No. 8:13-CV-00022-LSC-FG3 |

**DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED CLASS ACTION COMPLAINT**

COME NOW Defendants KPMG LLP, John J. Aesoph, and Darren M. Bennett, pursuant to the Private Securities Litigation Reform Act ("PSLRA"), Fed. R. Civ. P. 9(b) and 12(b)(6), and NECivR 7.1, hereby move the Court for an Order dismissing Lead Plaintiffs' Amended Class Action Complaint (Dkt. No. 25) for the reasons that it is barred by a prior Settlement and Release approved by the Court in Civil Action No. 8:10-cv-00199-JFB-TDT captioned *David G. Ray v. TierOne Corporation et al.*, it fails to state a claim for relief, and it does not comply with Rule 9(b) and the PSLRA's heightened pleading standards, as more fully set forth in Defendants' supporting Memorandum of Law and Index of Evidence filed concurrently herewith.

WHEREFORE, Defendants KPMG LLP, John J. Aesoph, and Darren M. Bennett respectfully request that the Court enter an Order dismissing with prejudice all claims in the Amended Class Action Complaint, awarding Defendants their costs, and granting such further relief as the Court deems just and equitable.

Dated: August 16, 2013

KPMG LLP, JOHN J. AESOPH, and DARREN M. BENNETT, Defendants

By: /s/ David J. Skalka

Robert M. Gonderinger, #16840
David J. Skalka, # 21537
CROKER, HUCK, KASHER, DEWITT, ANDERSON & GONDERINGER, L.L.C.
2120 South 72nd Street, Suite 1200
Omaha, Nebraska 68124
Tel: (402) 391-6777
Fax: (402) 390-9221

and

/s/ Andrew W. Stern

Gary Bendinger (admitted pro hac vice)
Andrew W. Stern (admitted pro hac vice)
James O. Heyworth (admitted pro hac vice)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 16, 2013, the foregoing was filed with the Clerk of the Court using the CM/ECF system and served upon all parties receiving electronic notice herein.

/s/ David J. Skalka
David J. Skalka, # 21537