IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VINCE VALENTINO, Individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>KPMG, LLP, DARREN M. BENNETT, and JOHN J. AESOPH,<br><br>Defendants. | **8:13CV22**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered this date, judgment is entered in favor of the defendants and against plaintiff. This action is dismissed with prejudice, each party to pay its own costs.

DATED this 11th day of March, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge